# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUSAN KAY JACOBSON,             ) | |
| )| |
|     Plaintiff,                    ) | CIVIL ACTION FILE NO. |
| ) | |
| vs.                                           ) | 1:07-CV-1752 |
| ) | |
| JAMESON WADE HUMBER and,  ) | TRIAL BY JURY DEMANDED |
| MICHAEL T. HUMBER,             ) | |
| ) | |
|     Defendants.                ) | |
| _____) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

I certify that on November 16, 2007, I electronically filed the foregoing **CERTIFICATE OF SERVICE** to Plaintiff's Responses to Defendants' First Interrogatories and Defendant's First Request for Production of Documents with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

    Leigh M. Wilco
    Weissman, Nowack, Curry & Wilco, P.C.
    One Alliance Center, 4th Floor
    3500 Lenox Road
    Atlanta, Georgia 30326

This 16th day of November, 2007.

|  |  |
|---|---|
| **The Law Offices of Michael Lawson Neff, P.C.**<br>Two Ravinia Drive<br>Suite 1570<br>Atlanta, Georgia 30346 | //s  D. Dwayne Adams<br>D. DWAYNE ADAMS<br>Georgia Bar No. 140406<br>MICHAEL L. NEFF<br>Georgia Bar No. 537180<br>***Attorneys for Plaintiff*** |