IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUSAN KAY JACOBSON, | ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiff, | ) | 1:07-CV-1752-JEC |
| v. | ) | |
| | ) | |
| JAMESON WADE HUMBER | ) | |
| and MICHAEL T. HUMBER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

I certify that on November 27, 2007, I electronically filed the foregoing **CERTIFICATE OF SERVICE to Defendants' Supplemental Response to Plaintiff's First Interrogatories** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Michael L. Neff, Esq.
D. Dwayne Adams, Esq.

/s/ Leigh M. Wilco
Leigh M. Wilco
Georgia Bar No. 758399
Angele Rishi
Georgia Bar No. 606534

Weissman, Nowack, Curry & Wilco, P.C.
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, Georgia 30326
(404) 926-4500
640344v1/39.943