IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUSAN KAY JACOBSON, | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO. |
| vs. | ) 1:07-CV-1752 |
| JAMESON WADE HUMBER and, MICHAEL T. HUMBER, | ) TRIAL BY JURY DEMANDED |
| Defendants. | ) |

## NOTICE OF ISSUANCE AND SERVICE OF SUBPOENA

**TO:** Atlantic Mutual Insurance Company
c/o Dale W. Morris, Registered Agent
CT Corp Systems
1201 Peachtree Street, N.E.
Atlanta, GA 30361

Please take notice that a Subpoena in a Civil Case was issued to Atlantic Mutual Insurance Company for production of documents. Said subpoena is being sent overnight via FedEx to Atlantic Mutual Insurance Company. A copy of the subpoena is attached hereto as Exhibit A.

Page 1

This 28th day of November, 2007.

| | |
|---|---|
| **The Law Offices of Michael Lawson Neff, P.C.**<br>Two Ravinia Drive, Suite 1570<br>Atlanta, Georgia 30346<br>(404) 531-9700 (telephone)<br>(404) 531-9727 (facsimile) | /s Michael L. Neff<br>MICHAEL L. NEFF<br>Georgia Bar No. 537180<br>*Attorney for Plaintiff* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUSAN KAY JACOBSON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | |
| vs. | ) | 1:07-CV-1752 |
| | ) | |
| JAMESON WADE HUMBER and, | ) | TRIAL BY JURY DEMANDED |
| MICHAEL T. HUMBER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2007, I electronically filed **NOTICE OF ISSUANCE AND SERVICE OF SUBPOENA** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Leigh M. Wilco
>Weissman, Nowack, Curry & Wilco, P.C.
>One Alliance Center, 4th Floor
>3500 Lenox Road
>Atlanta, GA 30326

This 28th day of November, 2007.

| | |
|---|---|
| **The Law Offices of Michael Lawson Neff, P.C.**<br>Two Ravinia Drive, Suite 1570<br>Atlanta, Georgia 30346<br>(404) 531-9700 (telephone)<br>(404) 531-9727 (facsimile) | /s Michael L. Neff<br>MICHAEL L. NEFF<br>Georgia Bar No. 537180<br>***Attorney for Plaintiff*** |